IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALCO INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DUPONT DOW ELASTOMERS LLC,<br><br>Defendant. | Case No. 1:04CV00588<br><br>Hon. Henry H. Kennedy |

### PLAINTIFF ALCO INDUSTRIES, INC.'S
### MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT

For the reasons stated in the accompanying memorandum of law, and pursuant to the Court's Order of June 24, 2004, which granted preliminary approval to the proposed class settlement with DuPont Dow Elastomers LLC ("DDE") regarding its participation in a conspiracy to fix prices of the synthetic rubber polychloroprene, Plaintiff Alco Industries, Inc. respectfully moves this Court for final approval of the proposed settlement, for certification of the Settlement Class, for appointment of Class Counsel, for approval of the Plan of Allocation, and for an award of attorneys' fees and reimbursement of litigation expenses.

Dated: October 18, 2004.

Respectfully submitted,

_____
Michael D. Hausfeld (D.C. Bar No. 153742)
Stewart M. Weltman
Steven H. Schulman (D.C. Bar No. 453680)
Brent W. Landau (D.C. Bar No. 479251)
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

Anthony J. Bolognese
Andrew B. Bullion
BOLOGNESE & ASSOCIATES, L.L.C.
One Penn Center, Suite 650
1617 JFK Boulevard
Philadelphia, PA 19103
Tel: (215) 814-6750

Paul F. Bennett
Steven O. Sidener
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230

Howard J. Sedran
Marcia Y. Williams
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500

*Counsel for Plaintiff*